**STATE of Missouri, Respondent,**

v.

**John W. WALKER, Appellant.**

**No. WD 38935.**

Missouri Court of Appeals,
Western District.

July 14, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Sean D. O'Brien, Public Defender, Justine E. DelMuro, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury convictions for tampering, first degree, in violation of § 569.080.1(2), RSMo 1986; murder, second degree, in violation of § 565.021.1, RSMo 1986; two counts of assault, second degree, in violation of § 565.060, RSMo 1986; and assault, third degree, in violation of § 565.-070, RSMo 1986. Sentencing was affixed by the court upon a finding that appellant was a prior and persistent offender.

Judgment affirmed. Rule 30.25(b).